**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:  Stephanie Lynn Hickey          Case Number:   17-20609
Debtor

# UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $1263.47, check #1087845, for the following reason:

The Trustee is unable to locate the Debtor.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

Stephanie Lynn Hickey
6916 Oakwood Drive
Apt 3
Florence, KY  41042

Dated:  July 25, 2019

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527